WILLIAM J. BROWN III (SBN 86002)
P.O. Box 231216
Encinitas, California 92023
(760) 672-0084
(760) 295-1422 Fax

Attorneys for Plaintiffs
JOSHUA KNEE; LAUREL HANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA KNEE; LAUREL HANSON;<br>Plaintiffs,<br>v.<br>USAA CASUALTY INSURANCE COMPANY,<br>Defendant. | CASE NO. 2:25-cv-01458-JAM-SCR<br><br>**<u>FIRST</u> STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Hon. John A. Mendez |

**TO THE HONORABLE COURT:**

Plaintiffs Joshua Knee and Laurel Hanson ("Plaintiffs") and Defendant USAA Casualty Company ("Defendant" or "USAA") (collectively the "Parties"), by and through their respective counsel, respectfully submit this Joint Stipulation seeking a brief six (6) month continuance of the August 16, 2027 jury trial in this matter and all related deadlines, especially expert reports, based on the affirmative showing of good cause discussed below.

**<u>RECITALS</u>**

1. The instant matter is a breach of insurance contract (first-party) and bad faith lawsuit arising out of the atmospheric rivers of late December 2022, extending into early 2023.

**GOOD CAUSE FOR REQUESTED RELIEF**

2. The Parties believe that the current procedural posture of this case and circumstances described herein demonstrate good cause to justify the Court's discretion to continue the trial and related dates as requested in this Joint Stipulation.

3. Pursuant to California Rule of Court 3.1332, the unavailability of counsel because of illness is a ground for a trial continuance. *See also, Hernandez v. Superior Court* (2004) 115 Cal.App.4th 1242, 1247-1248 (personal injury plaintiff was entitled to continuance of trial date and extension of discovery for supplementation of expert witness list). Here, Plaintiffs' counsel was hindered on all his cases from late summer 2025 to early 2026 due to numerous health issues (among others, A-fib; blood clots in lungs and right leg; need for extensive physical rehabilitation to lower and upper extremities), and responses to Defendant's discovery was continued over several months (served June 5, 2026; answered September 8 & 10, 2026) due to Plaintiff, Laurel Hanson's surgery and recovery. This has delayed the preliminary discovery necessary to fully analyze the Parties' respective factual positions needed to facilitate mediation and settlement negotiations.

4. This is the Parties' first request for a continuance of the trial and related dates.

5. Given the current procedural posture of this case coupled with the prior serious health condition of Plaintiffs' counsel, good cause exists for the Parties' joint request to continue the August 16, 2027 trial date and related pre-trial deadlines for a period of six months.

6. This Stipulation is not made for the purposes of delay, but to promote judicial economy and efficient resolution of this matter.

7. No prejudice would accrue to either USAA or Plaintiffs as denoted by the fact both Parties have joined in submitting this Stipulation for continuance with

the Court.

8. The continuance jointly requested by the Parties is warranted by the circumstances presented in this case related to delays stemming from health issues for primarily counsel and secondarily Plaintiff, Hanson, and good cause demonstrated herein given the current procedural posture of this action coupled with the Parties' desire to engage in meaningful settlement discussions without the stresses of incurring significant expert and other costs.

## STIPULATION

Based on the above-referenced Recitals and descriptions of good cause, which are incorporated herein by this reference, and subject to the Court's approval and/or adjustment, the Parties hereby stipulate to and request that the Court vacate the August 16, 2027 trial date. The proposed new dates would be as follows, at the Court's discretion:

| | |
|---|---|
| Expert disclosure: | May 7, 2027 |
| Expert rebuttal: | May 21, 2027 |
| Fact discovery cut-off: | July 8, 2027 |
| Dispositive motions filed by: | September 3, 2027 |
| Dispositive motions heard by: | November 2, 2027 at 1:00 p.m. |
| Pretrial Conference: | January 8, 2028 at10:00 a.m. |
| Trial: | February 22, 2028 at 9:00 a.m. by Jury |

///

///

///

///

SO STIPULATED AND AGREED TO BY ALL PARTIES:

Dated: October 8, 2026

William J. Brown III

By: _/S/:Wiliam J. Brown III________
William J. Brown III
Attorneys for Plaintiffs
JOSHUA KNEE, LAUREL HANSON

Dated: October 8, 2026

DKM LAW GROUP, LLP

By: __/S/: Keri L/ Salet_______
Brian R. Davis
Keri L. Salet
Attorneys for Defendant
USAA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA KNEE; LAUREL HANSON; Plaintiffs, v. USAA CASUALTY INSURANCE COMPANY, Defendant. | CASE NO. 2:25-cv-01458-JAM-SCR **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** Hon. John A. Mendez |

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| | |
|---|---|
| Expert disclosure: | **May 07, 2027** |
| Expert rebuttal: | **May 21, 2027** |
| Fact discovery cut-off: | **July 08, 2027** |
| Dispositive motions filed by: | **September 03, 2027** |
| Dispositive motions heard by: | **November 02, 2027, at 1:00 p.m.** |
| Pretrial Conference: | **January 14, 2028, at 10:00 a.m.** |
| Trial (5-7 days): | **February 28, 2028, at 9:00 a.m.** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 12) shall remain in full force and effect.

Dated: October 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE